IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATTY GLASSFORD | : | CIVIL ACTION |
| vs. | : | |
| NCO FINANCIAL SYSTEMS, INC. | : | NO. 08-5887 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, PATTY GLASSFORD, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

        BY: /s/ Bruce K. Warren
            Bruce K. Warren, Esquire
            Attorney for Plaintiff
            Attorney I.D. #89677
            Warren & Vullings, LLP
            1603 Rhawn Street
            Philadelphia, PA  19111
            215-745-9800